

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00061-CV

CITY OF GAINESVILLE, Appellant

V.

SUZANNE SHARP, Appellee

§ On Appeal from the 235th District Court

§ of Cooke County (CV20-00300)

§ October 20, 2022

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's ruling. It is ordered that the ruling of the trial court is affirmed.

It is further ordered that Appellant City of Gainesville shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell